UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:21-CR-0004-D2

UNITED STATES OF AMERICA,

v.

**ORDER**

YACINE RAHMANI

Before the Court for consideration is Defendant Motion to Seal Proposed Sealed Motion, provisionally filed at D.E. 74. For good cause shown the Motion to seal is GRANTED. It is therefore ORDERED that Docket Number 74 shall be and is hereby sealed pending further orders.

SO ORDERED this __26__ day of __May__ 2022.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE